### LAKESIDE REALTY et al.

v.

### John W. RHUDE et al.

### No. 81–613–A.

Supreme Court of Rhode Island.

July 15, 1982.

John Quattrocchi, III, Steven G. Day, Smithfield, for plaintiff.

Selya & Iannuccillo, Inc., Anthony G. Iannuccillo, Providence, for defendant.

### ORDER

The defendants' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted. The plaintiffs' motion to consolidate as prayed is denied pro forma.